AO 241
(Rev. 10/07)

## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: Eastern District of Michigan |
|---|---|
| Name (under which you were convicted): <br> Gary Thomas Fischer | Docket or Case No.: <br> 23-cv-10518 |
| Place of Confinement : <br> Muskegon Correctional Facility | Prisoner No.: <br> 377435 |
| Petitioner (include the name under which you were convicted) <br><br> Gary Thomas Fischer | Respondent (authorized person having custody of petitioner) <br> v. <br> James Schiebner, Warden |
| The Attorney General of the State of <br> Michigan | |

## PETITION

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    44th Circuit Court, Livingston County, Michigan

    (b) Criminal docket or case number (if you know):   18-025329-FH

2.  (a) Date of the judgment of conviction (if you know):   February 15, 2022

    (b) Date of sentencing:   Resentencing February 15, 2022

3.  Length of sentence:   11 to 30 years

4.  In this case, were you convicted on more than one count or of more than one crime?   ☒ Yes   ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case:

    Home Invasion - 1st Degree (Habitual Criminal 2d Offense), MCL 750.110A2

    Police Officer - Assault/Resist/Obstruct (Habitual Criminal 2d Offense), MCL 750.81D1

    Aggravated Assault, MCL 750.81A

6.  (a) What was your plea? (Check one)

    ☒ 1)       Not            ☐ (3)    Nolo contendere (no contest)

    ☐ (2)    Guilty         ☐ (4)    Insanity plea

AO 241
(Rev. 10/07)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did

you plead guilty to and what did you plead not guilty to? _____

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

☑ Jury        ☐ Judge only

7.   Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☐ Yes    ☑ No

8.   Did you appeal from the judgment of conviction?

☑ Yes    ☐ No

9.   If you did appeal, answer the following:

(a) Name of court:   Michigan Court of Appeals

(b) Docket or case number (if you know):   348539

(c) Result:   Convictions affirmed, remanded for resentencing

(d) Date of result (if you know):   December 17, 2020

(e) Citation to the case (if you know):   People v. Fischer, No. 348539,
2020 WL 7413598, at *1 (Mich. Ct. App. Dec. 17, 2020)

(f) Grounds raised:

(1) The Constitution required a special unanimity instruction; (2) The habitual offender notice

was untimely; (3) The guidelines were misscored

(4)  Ineffective assistance in multiple ways: (i) failure to object to untimely habitual, (ii)

failure to object to guideline scoring, (iii) failure to investigate, (iv) deficient advice

on the right to testify, (v) failure to communicate a plea offer.

(g) Did you seek further review by a higher state court?        ☑ Yes    ☐ No

If yes, answer the following:

(1) Name of court:   Michigan Supreme Court

(2) Docket or case number (if you know):   162607

(3) Result:   Application for Leave to Appeal Denied

AO 241
(Rev. 10/07)

(4) Date of result (if you know): October 8, 2021

(5) Citation to the case (if you know): People v. Fischer, 508 Mich. 952, 964 N.W.2d 798 (2021)

(6) Grounds raised: (1) Need for special unanimity instruction

(2) Ineffective assistance on four grounds: (i) failure to investigate, (ii) deficient

advice regarding testifying, (iii) culminative error, (iv) failure to communicate a

plea offer that was recevied.

(h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): _____

(2) Result: _____

_____

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10.  Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions

concerning this judgment of conviction in any state court? ☑ Yes ☐ No

11.  If your answer to Question 10 was "Yes," give the following information:

(a)  (1) Name of court: Appeal of resentencing to Michigan Court of Appeals

(2) Docket or case number (if you know): 360803

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: Appeal of resentencing

(5) Grounds raised: The 44th Circuit Court resentenced Mr. Fischer on February 15,

2022, to 11 to 30 years. He filed a direct appeal, but stipulated to dismiss the

appeal, and the Court of Appeals thus dismissed the appeal on August 16, 2022.

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes ☑ No

(7) Result: _____

AO 241
(Rev. 10/07)

        (8) Date of result (if you know): _____

    (b) If you filed any second petition, application, or motion, give the same information:

        (1) Name of court: _____

        (2) Docket or case number (if you know): _____

        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____

        (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

        (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

           ☐ Yes      ☐ No

        (7) Result: _____

        (8) Date of result (if you know): _____

    (c) If you filed any third petition, application, or motion, give the same information:

        (1) Name of court: _____

        (2) Docket or case number (if you know): _____

        (3) Date of filing (if you know): _____

        (4) Nature of the proceeding: _____

        (5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

AO 241
(Rev. 10/07)

      (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

        ☐ Yes     ☐ No

      (7) Result:

      (8) Date of result (if you know):

    (d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

      (1) First petition:    ☐ Yes    ☐ No

      (2) Second petition:   ☐ Yes    ☐ No

      (3) Third petition:    ☐ Yes    ☐ No

    (e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12.     For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States.  Attach additional pages if you have more than four grounds.  State the facts supporting each ground.

     CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court.  Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:**  Trial counsel rendered ineffective assistance of counsel, in violation of the Sixth Amendment, by failing to communicate a beneficial plea agreement to Mr. Fischer.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Mr. Fischer's trial attorney, Rolland Sizemore, received a plea offer but did not convey that offer to Mr. Fischer. The offer would have reduced Mr. Fischer's sentencing guidelines from 79 to 162 months down to 58 to 142 months.

(b) If you did not exhaust your state remedies on Ground One, explain why:

AO 241
(Rev. 10/07)

(c)    **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?    ☑ Yes    ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes    ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?    ☐ Yes    ☐ No

(4) Did you appeal from the denial of your motion or petition?    ☐ Yes    ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?    ☐ Yes    ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

AO 241
(Rev. 10/07)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One:

This issue was raised in Mr. Fischer's application for leave to appeal to the Michigan Supreme

Court.

**GROUND TWO:**

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c)     **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?          ☐ Yes          ☐ No

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why:

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes       ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

AO 241
(Rev. 10/07)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☐ No

(4) Did you appeal from the denial of your motion or petition?  ☐ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☐ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you :

have used to exhaust your state remedies on Ground Two _____

_____

_____

_____

**GROUND THREE:** _____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

AO 241
(Rev. 10/07)

(b) If you did not exhaust your state remedies on Ground Three, explain why:

(c)     **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?          ☐ Yes          ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes          ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion or petition?          ☐ Yes          ☐ No

(4) Did you appeal from the denial of your motion or petition?          ☐ Yes          ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?          ☐ Yes          ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

AO 241
(Rev. 10/07)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e)      **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three: _____

_____

_____

**GROUND FOUR:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

_____

_____

_____

(b) If you did not exhaust your state remedies on Ground Four, explain why: _____

_____

_____

_____

(c)      **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?      ☐ Yes      ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d)      **Post-Conviction Proceedings**:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐ Yes      ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

AO 241
(Rev. 10/07)

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3) Did you receive a hearing on your motion or petition?     ☐ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☐ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☐ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____

_____

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

AO 241
(Rev. 10/07)

13.     Please answer these additional questions about the petition you are filing:

        (a)     Have all grounds for relief that you have raised in this petition been presented to the highest state court

                having jurisdiction?        ☑ Yes        ☐ No

                If your answer is "No," state which grounds have not been so presented and give your reason(s) for not

                presenting them:

        (b)     Is there any ground in this petition that has not been presented in some state or federal court?  If so, which

                ground or grounds have not been presented, and state your reasons for not presenting them:

14.     Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction

        that you challenge in this petition?        ☐ Yes        ☑ No

        If "Yes," state the name and  location of the court, the docket or case number, the type of proceeding, the issues

        raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy

        of any court opinion or order, if available.

15.     Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for

        the judgment you are challenging?        ☐ Yes        ☑ No

        If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues

        raised.

AO 241
(Rev. 10/07)

16.      Give the name and address, if you know, of each attorney who represented you in the following stages of the

         judgment you are challenging:

         (a) At preliminary hearing:     Rolland Sizemore, 210 S Highlander Way
                                          Howell, MI 48843-1996

         (b) At arraignment and plea:     Rolland Sizemore, 210 S Highlander Way
                                          Howell, MI 48843-1996

         (c) At trial:          Rolland Sizemore, 210 S Highlander Way
                                Howell, MI 48843-1996

         (d) At sentencing:     First Sentencing, Rolland Sizemore

          Second Sentencing, Katherine Marcuz, 3031 W Grand Blvd Ste 450, Detroit, MI 48202-3026

         (e) On appeal:          Katherine Marcuz, 3031 W Grand Blvd Ste 450, Detroit, MI 48202-3026


         (f) In any post-conviction proceeding:


         (g) On appeal from any ruling against you in a post-conviction proceeding:



17.      Do you have any future sentence to serve after you complete the sentence for the judgment that you are

         challenging?          ☐  Yes     ☑  No

         (a) If so, give name and location of court that imposed the other sentence you will serve in the future:



         (b) Give the date the other sentence was imposed:

         (c) Give the length of the other sentence:

         (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

         future?          ☐  Yes     ☐  No

AO 241
(Rev. 10/07)

Therefore, petitioner asks that the Court grant the following relief:   <u>to hold an evidentiary hearing to confirm</u>

<u>the plea offer made to Mr. Sizemore, and ultimately to grant a write of habeas corpus requiring</u>

<u>the State of Michigan to reoffer the plea offer made but not conveyed to Mr. Fischer.</u>

or any other relief to which petitioner may be entitled.

<u>*Benton C. Martin*</u>

Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on _____ (month, date, year).

Executed (signed) on     <u>3/3/23</u>     (date).

<u>*Benton C. Martin*</u>

Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

<u>The form is signed by counsel on Mr. Fischer's behalf.</u>