UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**GARY THOMAS FISCHER,**

      Petitioner,                         Civil No. 23-10518

      v.

**JAMES SCHIEBNER, Warden,**

      Respondent.

_____

### INDEX OF EXHIBITS
_____

Exhibit 1:      Register of Actions, 44th Circuit Court

Exhibit 2:      Trial Transcript, Mar. 4, 2019

Exhibit 3:      Trial Transcript, Mar. 5, 2019

Exhibit 4:      Sentencing Transcript, Apr. 4, 2019

Exhibit 5:      Appellant's Brief

Exhibit 6:      First Motion to Remand

Exhibit 7:      Appellee Answer Opposing First Motion to Remand

Exhibit 8:      Order Denying Remand, Mar. 4, 2020

(*Continued Next Page*)

| | |
|---|---|
| Exhibit 9: | Appellee Brief |
| Exhibit 10: | Second Motion to Remand |
| Exhibit 11: | Appendix to Second Motion to Remand |
| Exhibit 12: | Appellee Answer Opposing Second Motion to Remand |
| Exhibit 13: | Order Denying Remand, June 9, 2020 |
| Exhibit 14: | Third Motion to Remand |
| Exhibit 15: | Order Denying Remand, Nov. 18, 2020 |
| Exhibit 16: | Michigan Court of Appeals Opinion, Dec. 17, 2020 |
| Exhibit 17: | Application for Leave to Appeal to Michigan Supreme Court |
| Exhibit 18: | Michigan Supreme Court Order Denying Application for Leave to Appeal, Oct. 12, 2021 |
| Exhibit 19: | Resentencing Transcript, Feb. 15, 2022 |
| Exhibit 20: | Order Dismissing Appeal, Aug. 16, 2022 |