31731
KLM

# Court of Appeals, State of Michigan

## ORDER

People of MI v Gary Thomas Fischer

Docket No. 348539

LC No. 18-025329-FH

Stephen L. Borrello
Presiding Judge

Patrick M. Meter

Michael J. Kelly
Judges

The Court orders that the motion to remand is DENIED for failure to persuade the Court of the necessity of a remand at this time. Denial of remand is without prejudice to a case call panel of this Court determining that remand is necessary once the case is submitted on a session calendar.

_/s/ Stephen L. Borrello_
Presiding Judge

RECEIVED
MAR 0 9 2020
STATE APPELLATE
DEFENDER OFFICE

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

MAR 0 4 2020
Date

_/s/ Jerome W. Zimmer Jr._
Chief Clerk