# STATE OF MICHIGAN

# IN THE COURT OF APPEALS

**PEOPLE OF THE STATE OF MICHIGAN**

                 Plaintiff-Appellee

-vs-

**GARY THOMAS FISCHER**

                 Defendant-Appellant.

_____/

**Court of Appeals No.** 348539

**Lower Court No.** 18-25329 FH

**LIVINGSTON COUNTY PROSECUTOR/**
Attorney for Plaintiff-Appellee
_____

**KATHERINE L. MARCUZ (P76625)**
Attorney for Defendant-Appellant
_____

## APPENDIX TO MOTION TO REMAND
## AND BRIEF IN SUPPORT

**STATE APPELLATE DEFENDER OFFICE**

BY:   **KATHERINE L. MARCUZ (P76625)**
       **Assistant Defender**
       3300 Penobscot Building
       645 Griswold St.
       Detroit, Michigan 48226
       (313) 420-2924

**INDEX OF APPENDICES**

| | |
|---|---|
| A | Affidavit of Gary Fischer |
| B | Livingston County Jail Visitation Log for Gary Fischer |
| C | Google Photos of Gary Fischer and Heather Miner |
| D | Google Timeline Screenshots |
| E | Google Photos with Metadata 9/13/18 to 9/16/18 |
| F | Screenshot of Google Activity / Google Maps Search for 460 West Baltimore St. Detroit, MI September 14, 2018 approximately 1:45pm |
| G | Facebook Messenger messages between Gary Fischer and Heather Miner 9/11/18 to 9/17/18 |
| H | Statement of Attorney Katherine Marcuz |

APPENDIX A

Affidavit of Gary Fischer

STATE OF MICHIGAN

IN THE LIVINGSTON COUNTY CIRCUIT COURT

PEOPLE OF THE STATE OF MICHIGAN,
                    Plaintiff-Appellee,

                                                          Circuit Court No. 18-25329 FH

-vs-

                                                          Honorable L. Suzanne Geddis

GARY THOMAS FISCHER,
                    Defendant-Appellant.
_____/

LIVINGSTON COUNTY PROSECUTOR
Attorney for Plaintiff-Appellee
_____

KATHERINE L. MARCUZ  (P76625)
Attorney for Defendant-Appellant
_____/

## AFFIDAVIT OF GARY FISCHER

1. Throughout the summer of 2018 I was romantically involved with Heather Miner.

2. Heather and I spent a lot of time together that summer. We talked nearly every day and I visited her home often. Sometimes I would spend the night. We also met up at places other than her home and spent the night together at a hotel on a couple occasions.

3. When I went to Heather's house, I always entered through the garage door using the garage door code. Heather would leave the interior door (connecting the garage and the home) unlocked.

4. I occasionally helped Heather with projects around her house. She did not hire or pay me, nor did I ask to be paid. I helped because we had a relationship.

5. I am a housepainter by trade. From August 24, 2018 to September 12, 2018, I was living in Alpena while painting a large home there.

6. While in Alpena I talked to Heather frequently and we made plans to see each other as soon as my job was completed.

7. I completed the Alpena job on September 12, 2018, packed up, and drove from Alpena to Heather's house in Howell. I spent that night and every subsequent night there until the day of my arrest.

Page 1 of 3

8. On Thursday September 13, 2018, and Friday September 14, 2018, Heather went to work during the day, and I stayed at her home. I used the garage code as a key when I needed to come or go.

9. While staying with Heather I helped her pick out a new car—a pre-owned white Jeep Patriot—and negotiate the purchase. I also did some work on that car for her while I was there.

10. Heather's younger son, Cooper, was in high school and lived with her some of the time. Her older son, Camden, had recently started at the Center for Creative Studies ("CCS") in Detroit. On Friday September 14, 2018, at Heather's request, I drove to Detroit and picked up Camden at school so that he could come home to Howell for the weekend.

11. That same weekend Heather and I went to Alpena to pick up a used black Jaguar that I bought while I was working there. We drove to Alpena together, then drove back separately the same day.

12. During this time period (late August to mid-September 2018), Heather was in a dispute with her ex-boyfriend, Shawn, about their dog, Maggie. Heather said that Shawn had stolen the dog from her and was very upset about it.

13. On or around Sunday September 16, 2018, I accompanied Heather to look for the dog. We were not able to locate or retrieve her.

14. The following day, Monday September 17, 2018, I had a painting job in White Lake. I left Heather's house in the morning to go to the job site. After completing the job, around 7 or 8pm, I stopped by Shawn's apartment complex in Howell to look for the dog.

15. When I told Heather, she was angry with me for going to Shawn's house on my own and without her knowledge. She told me that the police were probably on the way to her house and that she needed to leave.

16. I went to a restaurant in Howell and we continued to communicate via phone calls and texts. While there I had several drinks.

17. As far as I know, Heather never blocked my calls or told me not to come over.

18. I left the restaurant and arrived at Heather's house between 10:30 and 11pm. I used the garage code to open the garage. The inside door was not locked. When I got there, Heather and I argued but she did not ask me to leave. A short time later we stopped arguing and had sex. Afterwards, Heather asked me to leave. I did not want to leave and said so. This led to a second argument which resulted in the physical fight.

19. From the time of my arrest on the night of September 17th/early morning hours of September 18, 2018, until I was transferred to the MDOC in April 2019, I was incarcerated in the Livingston County Jail.

20. My trial attorney, Rolland Sizemore, came to visit me once in October of 2018. The visit lasted approximately 15 to 20 minutes.

21. The only other times I spoke to Mr. Sizemore were at my court dates.

22. I was told by Mr. Sizemore that there was no plea offer and there would be no plea offer.

23. I would have been interested in a plea offer to reduced charges. I have never denied participating in the physical altercation or running from the police. I have denied and continue to deny that I entered Heather's home without permission when I came in through the garage door.

24. Mr. Sizemore never talked to me about his trial strategy or possible avenues of investigation.

25. Mr. Sizemore never talked to me before trial about what I would testify to if called as a witness nor did he counsel me in advance of trial about the pros and cons of taking the stand.

26. It was my desire to testify in my defense at trial.

27. I chose not to testify in part because it was my understanding that testifying would allow the prosecutor to question me about my prior convictions for aggravated assault and ethnic intimidation.

28. If I had known that evidence of those prior convictions would not have been admitted, I would have testified.

29. If called to testify, my statements would be the same as they are outlined above.

_____
Gary Fischer

2-11-20
_____
Date

Subscribed and sworn to before me

F YUKI
Notary Public, State of Michigan
County of Ottawa
My Commission Expires 08/04/2023
Acting in the County of _Lahia_

_____
Notary Public

Page **3** of **3**

APPENDIX B

Livingston County Jail Visitation Log for Gary Fischer

| User: RASQUITH | **LIVINGSTON COUNTY SHERIFF`S OFFICE** | 10/22/2019 17:33:56 |
|---|---|---|

**Inmate** FISCHER, GARY THOMAS

**Visitor** WALKER, AMY LYN  (W F, 11/16/1968)

| In | Out | Location | Notes |
|---|---|---|---|
| 03/15/2019 09:16:10 | 03/15/2019 09:16:18 | | |

**Visitor** MOSES, DEBORAH ROSE  (W F, 02/11/1977)

| In | Out | Location | Notes |
|---|---|---|---|
| 02/13/2018 13:02:27 | 02/13/2018 13:02:36 | | |

**Visitor** SIZEMORE, ROLLAND III  (W M, 09/08/1969)

| In | Out | Location | Notes |
|---|---|---|---|
| 10/24/2018 09:54:44 | 10/24/2018 09:54:49 | | |

**Visitor** PENCE, DAWN MARIE  (W F, 09/29/1971)

| In | Out | Location | Notes |
|---|---|---|---|
| 10/12/2018 08:07:14 | 10/12/2018 08:07:19 | | |
| 12/28/2018 08:09:58 | 12/28/2018 08:10:05 | | |
| 01/11/2019 08:38:00 | 01/11/2019 08:38:11 | | |
| 03/12/2019 09:02:22 | 03/12/2019 09:02:31 | | |
| 03/22/2019 08:08:33 | 03/22/2019 08:08:38 | | |

**Visitor** WILLIAMS, WILLIAM PATRICK  (W M, 01/01/1981)

| In | Out | Location | Notes |
|---|---|---|---|
| 03/12/2019 09:21:15 | 03/12/2019 09:21:24 | | |
| 03/14/2019 08:46:53 | 03/14/2019 08:47:01 | | |
| 03/20/2019 08:33:38 | 03/20/2019 08:33:48 | | |
| 03/22/2019 08:16:06 | 03/22/2019 08:16:10 | | |
| 03/28/2019 08:22:28 | 03/28/2019 08:22:34 | | |
| 04/03/2019 08:21:34 | 04/03/2019 08:21:41 | | |
| 04/11/2019 08:10:41 | 04/11/2019 08:10:49 | | |

```
In                    Out                  Location            Notes
04/15/2019 08:01:23   04/15/2019 08:01:27
```

**Visitor** BURDER, EMMA MARY ELIZABETH   (W F, 09/21/1991)

```
In                    Out                  Location            Notes
03/20/2019 08:35:28   03/20/2019 08:35:39

In                    Out                  Location            Notes
03/22/2019 08:16:41   03/22/2019 08:16:47

In                    Out                  Location            Notes
03/28/2019 08:22:45   03/28/2019 08:22:53

In                    Out                  Location            Notes
04/03/2019 08:21:53   04/03/2019 08:22:01

In                    Out                  Location            Notes
04/11/2019 08:11:01   04/11/2019 08:11:09

In                    Out                  Location            Notes
04/15/2019 08:01:34   04/15/2019 08:01:38
```

APPENDIX C

Google Photos of Gary Fischer and Heather Miner







APPENDIX D

Google Timeline Screenshots

Google Maps Timeline screenshot showing location data for June 20, 2018



Google Maps Timeline screenshot showing location data for June 26, 2018



Google Maps Timeline screenshot showing location data for June 27, 2018



Google Maps Timeline screenshot showing location data for July 4, 2018





Google Maps Timeline screenshot showing location data for July 8, 2018

Google Maps Timeline screenshot showing location data for July 12, 2018



Google Maps Timeline screenshot showing location data for July 13, 2018



Google Maps Timeline screenshot showing location data for July 15, 2018



Google Maps Timeline screenshot showing location data for July 16, 2018



Google Maps Timeline screenshot showing location data for July 28, 2018



Google Maps Timeline screenshot showing location data for August 8, 2018



Google Maps Timeline screenshot showing location data for August 9, 2018



Google Maps Timeline screenshot showing location data for August 16, 2018



Google Maps Timeline screenshot showing location data for August 17, 2018 (morning)



Google Maps Timeline screenshot showing location data for August 17, 2018 (afternoon and evening)



Google Maps Timeline screenshot showing location data for August 18, 2018 (early morning hours)



Google Maps Timeline screenshot showing location data for August 18, 2018 (afternoon and evening)





Google Maps Timeline screenshot showing first day of no location data: September 11, 2018



Google Maps Timeline screenshots showing no Location History data
for dates 9/12/18 – 9/17/18



APPENDIX E

Google Photos with Metadata 9/13/18 to 9/16/18



















APPENDIX F

Screenshot of Google Activity / Google Maps Search for 460 West Baltimore St.
Detroit, MI September 14, 2018 approximately 1:45pm

## Maps

Directions toÂ 460 W Baltimore St, Detroit, MI 48202

Current location

460 W Baltimore St, Detroit, MI 48202

Sep 14, 2018, 1:45:57 PM EST

**Products:**
   Maps
**Locations:**
   Around this area - From your device

## Maps

Viewed area around Howell

Sep 14, 2018, 1:45:23 PM EST

**Products:**
   Maps

## Maps

Searched forÂ 460 W B.altimore St, Detroit, MI 48202

Sep 14, 2018, 1:45:23 PM EST

**Products:**
   Maps
**Locations:**
   At this place - From your device

APPENDIX G

Facebook Messenger messages between Gary Fischer and Heather Miner
9/11/18 to 9/17/18

Gary    Home

**Heather Miner**

**Heather Miner**

Lol

Sep 17, 2018, 1:55 PM

**Gary Fischer**

Thought he was crunk...

Sep 17, 2018, 1:03 PM

**Heather Miner**

That man has a disability. that shit ain't funny

Sep 17, 2018, 1:03 PM

**Heather Miner**

Put the phone down

Sep 17, 2018, 1:02 PM

**Gary Fischer**

Heather

Sep 17, 2018, 12:48 PM

**Heather Miner**

IT is not a damn truck you dork

Sep 13, 2018, 2:22 PM

**Gary Fischer**

Yes...cash price is cheaper I'm sure. That's a nice truck

Sep 13, 2018, 2:15 PM

**Heather Miner**                           **Gary**    **Home**

---

https://www.viccaneverchevy.com/VehicleDetails/used-2010-Chevrolet-Equinox-All_Wheel_Drive_LT_w/1LT-Fenton-MI/3258927343
https://www.viccaneverchevy.com/VehicleDetails/used-2010-Chevrolet-Equinox-All_Wheel_Drive_LT_w/1LT-Fenton-MI/3258927343

Sep 13, 2018, 2:12 PM

**Heather Miner**

---

Woohoo!!

Sep 12, 2018, 9:33 PM

**Gary Fischer**

---

Less than an hour away

Sep 12, 2018, 9:20 PM

**Gary Fischer**

---

Zilwaukee bridge

Sep 12, 2018, 9:18 PM

**Gary Fischer**

---

But

Sep 12, 2018, 9:17 PM

**Heather Miner**

---

No more videos

Sep 12, 2018, 9:16 PM

**Gary Fischer**

---

Lol...just playin....cruise at 80. Speed limit is 75

Sep 12, 2018, 9:14 PM

**Heather Miner**

---

I'll lock ur ass out

 **Gary**   Home

Sep 12, 2018, 9:13 PM

**Heather Miner**

Knock that shit off

Sep 12, 2018, 9:13 PM

**Heather Miner**

Gary

Sep 12, 2018, 9:13 PM

**Gary Fischer**



Sep 12, 2018, 9:13 PM

**Heather Miner**

Ur a dork

Sep 12, 2018, 9:13 PM

**Gary Fischer**

Systems

Sep 12, 2018, 9:13 PM

 **Gary**   Home

**Heather Miner**

Did u really text me a selfie video of u car dancing. Ur gonna regret that I promise u

Sep 12, 2018, 9:12 PM

**Heather Miner**

No dancing

Sep 12, 2018, 9:11 PM

**Heather Miner**

No

Sep 12, 2018, 9:11 PM

**Gary Fischer**

That's what's up

Sep 12, 2018, 9:10 PM

**Gary Fischer**



Sep 12, 2018, 9:09 PM

**Heather Miner**

Still downloading

Sep 12, 2018, 9:00 PM

**Heather Miner**

Lol

Sep 12, 2018, 9:00 PM

**Heather Miner**

I fail to see how that is safer mr fischer

Sep 12, 2018, 9:00 PM

**Gary Fischer**



Sep 12, 2018, 8:58 PM

**Heather Miner**

😊😊🥲

Sep 12, 2018, 6:50 PM

**Gary Fischer**

Always! On the freeway to you...

Sep 12, 2018, 6:48 PM

**Heather Miner**

Be safe

Sep 12, 2018, 6:45 PM

**Gary Fischer**

Yuo!

Sep 12, 2018, 6:27 PM

**Heather Miner**

And shaven🥰🥰🥰🥰

Sep 12, 2018, 6:27 PM

**Gary**   **Home**

**Heather Miner**

Yesssss

Sep 12, 2018, 6:27 PM

**Gary Fischer**



Sep 12, 2018, 6:27 PM

**Gary Fischer**

Annnnnd I'm out!

Sep 12, 2018, 6:27 PM

**Heather Miner**

 Gary    Home

Wow. That shit looks dope. I love it color is what u need to do in my room

Sep 12, 2018, 5:26 PM

**Gary Fischer**













Sep 12, 2018, 4:59 PM

**Heather Miner**

Would I buy it for 6000

Sep 12, 2018, 12:06 PM

**Heather Miner**  **Gary**   Home

Would u take 6000?

Sep 12, 2018, 12:06 PM

**Heather Miner**

Check out what I found on Facebook Marketplace.https://www.facebook.com/marketplace/item/2388347001183468/

Sep 12, 2018, 11:02 AM

**Gary Fischer**



😍Heather Miner

Sep 11, 2018, 8:02 PM

**Gary Fischer**

Buttery enough?
Ok, I'm done lol

Sep 11, 2018, 8:02 PM

**Gary Fischer**



Sep 11, 2018, 7:52 PM

**Gary Fischer**

Enjoy dinner , baby!

Sep 11, 2018, 7:52 PM

**Gary Fischer**

Lmao. Ok, I will

Sep 11, 2018, 7:36 PM

**Heather Miner**

Have fun with fugly😡 I'm pretty over this.

Sep 11, 2018, 7:19 PM

**Gary Fischer**

Actually going to grab a coffee in my new jag and go sit on the water. Can't do shit now til tomorrow

Sep 11, 2018, 7:14 PM

**Heather Miner**

Gary    Home

---

Lol

Sep 11, 2018, 6:40 PM

**Gary Fischer**

---

Fuckin fiiiiine...I'll just shower, shave my area all clean and make love to myself....

Sep 11, 2018, 6:37 PM

**Gary Fischer**

---

Fuckin another huge area grrrrr

Sep 11, 2018, 6:35 PM

**Gary Fischer**

---



Sep 11, 2018, 6:35 PM

**Gary Fischer**

---

But

Sep 11, 2018, 6:35 PM

**Heather Miner**　　　　　　　　　　　　　 **Gary**　　**Home**

---

And ur not gonna have one tonight

Sep 11, 2018, 6:35 PM

**Gary Fischer**

---

Lushly my pretty ass...I haven't had a drink in over a week!

Sep 11, 2018, 6:34 PM

**Heather Miner**

---

Yes. That's correct. Ur still at ur job its inappropriate. Wait til ur home lushy

Sep 11, 2018, 6:33 PM

**Heather Miner**

---

Dont do that. It will not help anything

Sep 11, 2018, 6:33 PM

**Gary Fischer**

---

Lemme get this right...you can go to your girl's place and fire up a 3 day bender but I can't have a couple drinks after a shittty day?! Sounds fair

Sep 11, 2018, 6:32 PM

**Heather Miner**

---

Not hapnin

Sep 11, 2018, 6:32 PM

**Gary Fischer**

---

Uh, fuck yeah

Sep 11, 2018, 6:31 PM

**Heather Miner**

---

Uh no

Sep 11, 2018, 6:31 PM

**Gary**   Home

**Gary Fischer**

Fuck this, I'm getting drunk

Sep 11, 2018, 6:25 PM

**Heather Miner**

Wow speedy

Sep 11, 2018, 6:22 PM

**Gary Fischer**

Scraped, sanded n patched. Now It just needs to dry

Sep 11, 2018, 6:17 PM

**Gary Fischer**



Sep 11, 2018, 6:16 PM

**Gary Fischer**

Lol

Sep 11, 2018, 6:13 PM

**Gary Fischer**   Gary   Home

---

Later mother fuckers!!

Sep 11, 2018, 6:13 PM

**Heather Miner**

---

Oh

Sep 11, 2018, 6:12 PM

**Gary Fischer**

---

Negative...it's around a previous repair that was probably not primed before painted.

Sep 11, 2018, 6:10 PM

**Heather Miner**

---

Somehow

Sep 11, 2018, 6:10 PM

**Heather Miner**

---

I'd venture to guess they have a leak in that house making that drywall moist someone.

Sep 11, 2018, 6:10 PM

**Gary Fischer**

---

Nope, if I give it a day and it remains. Then I'm a day further behind. I'm gonna fuckin sand that shit out

Sep 11, 2018, 6:10 PM

**Heather Miner**

---

And that it will fix itself

Sep 11, 2018, 6:09 PM

**Heather Miner**

---

Give it 1 day I heard that can happen in humid rooms.

Sep 11, 2018, 6:09 PM

 **Gary**    Home

**Gary Fischer**

That link is dead

Sep 11, 2018, 6:08 PM

**Gary Fischer**

All over the ceiling

Sep 11, 2018, 6:08 PM

**Heather Miner**

Oh ceiling

Sep 11, 2018, 6:08 PM

**Heather Miner**

???

Sep 11, 2018, 6:08 PM

**Gary Fischer**



Sep 11, 2018, 6:08 PM

**Gary Fischer**                                     Gary    Home

---

Zoom in...looks at this effing poop

Sep 11, 2018, 6:08 PM

**Heather Miner**

---

https://www.facebook.com/marketplace/item/1391556144312915/
https://www.facebook.com/marketplace/item/1391556144312915/

Sep 11, 2018, 6:07 PM

**Heather Miner**

---

Lol

Sep 11, 2018, 3:05 PM

**Gary Fischer**

---

I know this dude with a black jag for $9999.99

Sep 11, 2018, 2:27 PM

**Gary Fischer**

---

Well, sounds like you have a solid plan. Find a private owner with one

Sep 11, 2018, 2:25 PM

**Heather Miner**

---

Too big and gas mileage sucks. That's why I like the trax low mpg and still awd

Sep 11, 2018, 2:21 PM

**Gary Fischer**

---

Grand cherokee....most awarded suv in history...awesome trucks

Sep 11, 2018, 2:19 PM

**Gary Fischer**

---

Ehhhh, not a big fan. How bout an Explorer? Proven history, nice trucks run and handle great...affordable

Sep 11, 2018, 2:18 PM

Gary    Home

**Heather Miner**

That is what a trax is lol

Sep 11, 2018, 2:17 PM

**Gary Fischer**

I think you'd be happier with a small 4wd crossover....

Sep 11, 2018, 2:16 PM

**Heather Miner**

Yea ur right about kai

Sep 11, 2018, 2:13 PM

**Gary Fischer**

And they're very small Inside...think of Kai and any kind of road trips...

Sep 11, 2018, 2:04 PM

**Gary Fischer**

I think that's probably a good price, considering mileage and options if it runs n drives as described. However, my opinion is that is a hideous color scheme. Wayyy loud and not inconspicuous enough for me. But if its mechanically sound and you like it I'd say yeah. Offer 6000 cash

Sep 11, 2018, 1:55 PM

**Heather Miner**

Will take 6500. Yes

Sep 11, 2018, 1:49 PM

**Gary Fischer**

Honest opinion?

Sep 11, 2018, 1:47 PM

**Heather Miner**

Heather sent an attachment.

Sep 11, 2018, 1:46 PM

 **Gary**    Home

**Heather Miner**

They marked that dart down to 6500 today and tomorrow only. The blue one. Please look at it

Sep 11, 2018, 1:46 PM

**Heather Miner**

Oh I do. Believe me. I do

Sep 11, 2018, 1:45 PM

**Gary Fischer**

Than perhaps you don't know me...js

Sep 11, 2018, 1:45 PM

**Gary Fischer**

Lmao..fag

Sep 11, 2018, 1:44 PM

**Heather Miner**

Yes and that is why I was checking

Sep 11, 2018, 1:43 PM

**Gary Fischer**

You know me hun

Sep 11, 2018, 1:43 PM

**Heather Miner**

Just making sure

Sep 11, 2018, 1:42 PM

**Gary Fischer**

Of course, cmon

 **Gary**    **Home**

Sep 11, 2018, 1:41 PM

**Heather Miner**

Babe do u make sure ur customers dont care u share their entire home on fb?

Sep 11, 2018, 1:40 PM

**Heather Miner**

Hi lovie

Sep 11, 2018, 11:43 AM

**Gary Fischer**



Sep 11, 2018, 11:41 AM

**Heather Miner**

Ok. Gotcha

Sep 11, 2018, 11:41 AM

**Gary Fischer**                                       Gary    Home

Last trip to the depot

Sep 11, 2018, 11:40 AM

**Gary Fischer**

When you're in 5th gear

Sep 11, 2018, 11:38 AM

**Heather Miner**

How does a stick shift have cruise?

Sep 11, 2018, 11:36 AM

**Gary Fischer**

Sight for sore eyes

Sep 11, 2018, 11:30 AM

**Gary Fischer**

Hi!

Sep 11, 2018, 11:30 AM

**Heather Miner**





Sep 11, 2018, 11:30 AM

**Gary Fischer**

When u can, muah

Sep 11, 2018, 11:11 AM

**Heather Miner**

On the damn phone

Sep 11, 2018, 11:11 AM

 Gary    Home

### Gary Fischer

I wanna see your face please

Sep 11, 2018, 11:10 AM

### Gary Fischer

Word, as am I, u know this..love you, back to work

Sep 11, 2018, 11:10 AM

### Heather Miner

That's what I do

Sep 11, 2018, 11:10 AM

### Heather Miner

I'm chill just being picky

Sep 11, 2018, 11:10 AM

### Heather Miner

I know.

Sep 11, 2018, 11:09 AM

### Gary Fischer

I'll address it, chill...everything you see, I've seen babe lol

Sep 11, 2018, 11:09 AM

### Heather Miner

Those rotors and brakes look like shit lol

Sep 11, 2018, 11:08 AM

### Heather Miner

Lol

Sep 11, 2018, 11:08 AM

 **Gary**    Home

**Gary Fischer**

*tire

Sep 11, 2018, 11:04 AM

**Gary Fischer**

I've got tired shine ..I'll get it, you know me

Sep 11, 2018, 11:04 AM

**Gary Fischer**

In due time mama

Sep 11, 2018, 11:01 AM

**Heather Miner**

Butter those tires

Sep 11, 2018, 11:01 AM

**Gary Fischer**

Still can't send pics from my phone for whatever reason...

Sep 11, 2018, 10:47 AM

**Gary Fischer**



Sep 11, 2018, 10:47 AM

**Gary Fischer**



Sep 11, 2018, 10:47 AM

**Heather Miner**

Heather sent an attachment.

Sep 10, 2018, 6:25 PM

APPENDIX H

Statement of Attorney Katherine Marcuz

STATE OF MICHIGAN

IN THE LIVINGSTON COUNTY CIRCUIT COURT

PEOPLE OF THE STATE OF MICHIGAN,
             Plaintiff-Appellee,

-vs-

GARY THOMAS FISCHER,
             Defendant-Appellant.

_____/

Circuit Court No. 18-25329-FH
Court of Appeals No. 348539

Honorable Suzanne Geddis

LIVINGSTON COUNTY PROSECUTOR
Attorney for Plaintiff-Appellee
_____

KATHERINE L. MARCUZ (P76625)
Attorney for Defendant-Appellant
_____/

## **STATEMENT OF ATTORNEY KATHERINE MARCUZ**

**Katherine L. Marcuz**, Attorney at Law, states:

1. I am an Assistant Defender at the State Appellate Defender Office, which was appointed to represent Gary Fischer on appeal.

2. Mr. Fischer was represented at trial by attorney Rolland Sizemore III.

3. As part of my investigation I sent Mr. Sizemore an email on October 30, 2019, requesting to schedule a time to speak to him about Mr. Fischer's case and inquire about matters not on the record. Mr. Sizemore did not respond.

4. One week later, on November 7, 2019, I wrote Mr. Sizemore again and asked to schedule a phone call at his convenience. Again Mr. Sizemore did not respond.

5. On November 20, 2019, I called Mr. Sizemore at his office. He seemed reluctant to speak to me, but we did have a short conversation. I noted that the transcripts do not reflect any plea offers and asked Mr. Sizemore whether he recalled there being any. He told me that there had been offers, but that he could not remember offhand what they were. He stated that plea discussions ended early on because Mr. Fischer disputed the charges and was adamant that he did not want to take a plea.

6. I also noted that the record suggested that Mr. Sizemore had originally intended on calling Mr. Fischer as a witness, and I asked Mr. Sizemore if he could tell me a little

about what changed and why Mr. Fischer decided not to testify in his own defense. At that point Mr. Sizemore remarked that Mr. Fischer's trial had taken place many months before, that he was working on a different case now, and that he could not remember everything I wanted to know. I suggested we set up another phone call after he was able to retrieve and review the file.

7. I spoke to Mr. Sizemore again on November 26, 2020. He had reviewed the file and was able to answer my questions in more detail.

8. With respect to the plea offer, Mr. Sizemore stated that the prosecutor offered to reduce Count 1 from home invasion first degree to home invasion second degree and reduce Count 2 from interference with a crime report to attempt interference with a crime report. Counts 3 and 4 would remain as charged. The prosecutor would also drop the habitual offender enhancement from habitual fourth to habitual second. Mr. Sizemore remarked that the offer "didn't do a whole lot."

9. Additionally, in response to my question concerning why Mr. Fischer belatedly chose not to testify in his own defense, Mr. Sizemore stated that Mr. Fischer did not testify because the prosecution was going to ask him about his prior convictions for aggravated assault and ethnic intimidation.

10. A few weeks later I realized that I did not ask Mr. Sizemore when the plea offer we discussed (see ¶ 8, *supra*) was extended. On January 3, 2020, I wrote his legal secretary Marianne Augustyn and asked her if she could ask Mr. Sizemore this question and follow up with me. Ms. Augustyn replied promptly and stated that she would ask Mr. Sizemore.

11. On January 30, 2020, I wrote Ms. Augustyn a second time and asked whether she had an opportunity to speak to Mr. Sizemore about my question. Ms. Augustyn did not respond.

_____
**KATHERINE L. MARCUZ (P76625)**
**Assistant Defender**
3300 Penobscot Building
645 Griswold
Detroit, Michigan  48226
(313) 256-9833

Date: April 3, 2020

2