## Court of Appeals, State of Michigan

## ORDER

People of MI v Gary Thomas Fischer

Docket No. 348539

LC No. 18-02539-FH

Patrick M. Meter
Presiding Judge

Amy Ronayne Krause

Michael F. Gadola
Judges

The Court orders that the motion to remand is DENIED for failure to persuade the Court of the necessity of a remand at this time. Denial of remand is without prejudice to a case call panel of this Court determining that remand is necessary once the case is submitted on a session calendar.

_____
Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

June 9, 2020
Date

Chief Clerk