## Court of Appeals, State of Michigan

## ORDER

People of MI v Gary Thomas Fischer

Docket No. 348539

LC No. 18-025329-FH

Colleen A. O'Brien
Presiding Judge

Michael J. Kelly

James Robert Redford
Judges

The motion to remand is DENIED for failure to persuade the Court of the necessity of a remand at this time.

_____
Presiding Judge

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

November 18, 2020
Date

_____
Chief Clerk