# Order

**Michigan Supreme Court**
Lansing, Michigan

October 8, 2021

162607

RECEIVED
OCT 1 2 2021
STATE APPELLATE
DEFENDER OFFICE

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

GARY THOMAS FISCHER,
    Defendant-Appellant.

SC: 162607
COA: 348539
Livingston CC: 18-025329-FH

_____/

    On order of the Court, the application for leave to appeal the December 17, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 8, 2021



Clerk

s0927