# Court of Appeals, State of Michigan

## ORDER

PEOPLE OF MI V GARY THOMAS FISCHER

Docket # 360803

L. C. # 18-025329-FH

---

    A stipulation agreeing to the dismissal of the appeal has been filed. By action of the Chief Clerk under the authority of MCR 7.218, this appeal is DISMISSED.

A true copy entered and certified by Jerome W. Zimmer Jr., Chief Clerk, on

August 16, 2022
Date

*Signature*
Chief Clerk