UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GARY THOMAS FISCHER, 377435,

        Petitioner,

v.

JAMESCHIEBNER ,

        Respondent(s).
_____/

Case No. 23-10518

Judge Stephen J. Murphy, III

Magistrate Judge Anthony P. Patti

**ORDER GRANTING PETITION TO PROCEED IN FORMA PAUPERIS**

The Court has reviewed the petition to proceed in forma pauperis, the affidavit in support, and the financial status communication;

**IT IS ORDERED** that the petition to proceed in forma pauperis is **GRANTED**.

Date: April 25, 2023

s/David R. Grand
David R. Grand
United States Magistrate Judge

**Certificate of Service**

    I hereby certify that a copy of the foregoing document was served upon Petitioner on the date indicated below by first class mail.

Date: April 25, 2023

s/N. Ahmed
Deputy Clerk