UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GARY THOMAS FISCHER, 377435,

        Petitioner,

v.

JAMESCHIEBNER ,

        Respondent(s).
_____/

Case No.   23-10518

Judge  Stephen J. Murphy, III

Magistrate Judge  Anthony P. Patti

## ORDER REQUIRING RESPONSIVE PLEADING

The petition for a writ of habeas corpus has been examined.  It is not subject to summary dismissal under Rule 4, Rules Governing Section 2254 Cases.

**IT IS ORDERED** that the Clerk of the Court serve a copy of the petition and a copy of this Order on Respondent and on the Attorney General for the State of Michigan **by first class mail** as provided in Rule 4.

**IT IS FURTHER ORDERED** that Respondent file a response to the petition in accordance with Rule 5, Rules Governing Section 2254 Cases by  September 26, 2023  .  Petitioner shall have **45 days** from the date of the responsive pleading to submit a reply.

**IT IS FURTHER ORDERED** that, as part of the response, Respondent shall file with the Clerk a copy of the relevant transcripts, the relevant appellate briefs submitted by Petitioner and the prosecution, and the state appellate opinions and orders as required by Rule 5.  A separate index listing the materials being submitted shall also be filed.

Date:  April 25, 2023

s/David R. Grand
David R. Grand
United States Magistrate Judge

### Certificate of Service

I certify that, on the date indicated below, I arranged for service as provided above, and I mailed a copy of this Order to Petitioner.

Date:  April 25, 2023

s/N. Ahmed
Deputy Clerk