UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY THOMAS FISCHER, 377435,

    Petitioner,

v.

JAMES SCHIEBNER,

    Respondent.
_____/

CASE NO. 2:23-cv-10518

HON. STEPHEN J. MURPHY, III

MAG. ANTHONY P. PATTI

## Notice of Appearance

TO:  AMANDA N. BASHI, Attorney for petitioner
       BENTON C. MARTIN, Attorney for petitioner

PLEASE TAKE NOTICE that on this date, I enter my appearance for Respondent in the above matter.

Respectfully submitted,

Dana Nessel
Attorney General

s/Andrea M. Christensen-Brown

Assistant Attorney General
Criminal Trials and Appeals
P.O. Box 30217
Lansing, MI  48909
517-335-7650
ChristensenA1@michigan.gov
P71776

Dated:  April 27, 2023

## Certificate of Service

I hereby certify that on April 27, 2023, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

   HONORABLE STEPHEN J. MURPHY, III
   MAGISTRATE JUDGE ANTHONY P. PATTI
   AMANDA N. BASHI, Attorney for Petitioner
   BENTON C. MARTIN, Attorney for Petitioner

                              Dana Nessel
                              Attorney General

                              s/Andrea M. Christensen-Brown

                              Assistant Attorney General
                              Criminal Trials and Appeals
                              P.O. Box 30217
                              Lansing, MI  48909
                              517-335-7650
                              ChristensenA1@michigan.gov
                              P71776