UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY THOMAS FISCHER, 377435,

    Petitioner,

v.

JAMES SCHIEBNER,

    Respondent.

                            /

CASE NO. 2:23-cv-10518

HON. STEPHEN J. MURPHY, III

MAG. ANTHONY P. PATTI

## Notice of Appearance

TO:  AMANDA N. BASHI, ATTORNEY FOR PETITIONER
       BENTON C. MARTIN, ATTORNEY FOR PETITIONER

    PLEASE TAKE NOTICE that on this date, I enter my appearance for Respondent in the above matter.

Respectfully submitted,

Dana Nessel
Attorney General

s/Jared D. Schultz
Assistant Attorney General
Criminal Trials and Appeals
P.O. Box 30217
Lansing, MI  48909
517-335-7650
SchultzJ15@michigan.gov
P80198

Dated:  August 18, 2023

## Certificate of Service

I hereby certify that on August 18, 2023, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

HONORABLE STEPHEN J. MURPHY, III
MAGISTRATE JUDGE ANTHONY P. PATTI
AMANDA N. BASHI, ATTORNEY FOR PETITIONER
BENTON C. MARTIN, ATTORNEY FOR PETITIONER

Dana Nessel
Attorney General

s/Jared D. Schultz

Assistant Attorney General
Criminal Trials and Appeals
P.O. Box 30217
Lansing, MI 48909
517-335-7650
SchultzJ15@michigan.gov
P80198