```
FERRANDA01 UCCVPFK                       Livingston County                      REL2106
                                       REGISTER OF ACTIONS                    6/30/23 11:42:23
                                                                                    Pg:     1
                                                   Caseload Dsp:
Crt: C 44   47 Jur: GEDDIS      Ref:                                             CLOSE Pub
Case: 2018 0000025329 FH        STATE OF MI V GARY FISCHER
Atty: GILFIX                              Worker:                    CHR DNA CVA
File: 11/01/2018 Dispose: 3/05/2019 Reopen:                  Close:  4/08/2019
X-Reference: 18-2382-FY    Microfilm Number:
```

```
D   001              GARY THOMAS FISCHER
                     93 CRANBERRY BEACH BLVD
                     WHITE LAKE, MI   48386 SID: 2151380M
                     DOB: XX/XX/XXXX    Gender: M  Race:
                     DLN: XXXXXXXXXXXX ST: XX

TCN: I918205995J     CTN: 471800234201   PIN: 4827488-18
OFFENSE DATE: 09/18/2018  ARRAIGNMENT: 09/19/2018
DC PRELIM: 10/31/2018
ATTORNEY:         (Appointed) JULIE E. GILFIX
                  P 40569   Ph#: 248/355-4060
PROSECUTOR:       DAVID J. READER                               P 27877
```

Charge History

```
NUM TYPE Offense           ASC Description              DISP DFR
-------------------------------------------------------------------
A   CUR:750.110A2          HOME INVASION-1ST DEGREE     GTY
B   CUR:750.483A2B         INTERF.W/CRIME RPT DO CR     NGTY
C   CUR:750.81D1           POLICE OFFCR-ASSLT/R & O     GTY
D   CUR:750.81A            ASSAULT AGGRAVATED           GTY
    HAB:769.10             HABITUAL OFFENDER   2ND
```

Financial Order History

```
                                     J/    Order       Paid     F
Ct Assessment Description   Payer    S     Amount      Amount   Q    Balance
-----------------------------------------------------------------------------
   COSTS EFFECTIVE 10/17/14  D  001        550.00      550.00
   CRIME VICTIM RIGHTS       D  001        130.00      130.00
   DNA 7-1-15                D  001         60.00       60.00
   RESTITUTION               D  001       1795.00     1795.00
   STATE COSTS               D  001        186.00      186.00
                                 Totals:  2721.00     2721.00           .00
```

Bond History

```
Party                       NUM    Amount  Type          Posted Date  Status
-----------------------------------------------------------------------------
GARY THOMAS FISCHER                40000.00                              Closed
  Last Action: BOND CANCELLED      Amount:             Balance:            .00
```

Events, Actions, and Judgments

```
NUM  Date       Jurist       Chg/Party                              Clerk
-----------------------------------------------------------------------------
1    10/31/2018 HATTY        D   001                                SLH
        RETURN TO CIRCUIT COURT
        RESULT: DC PRELIM EXAM WAIVED
```

```
FERRANDA01 UCCVPFK                    Livingston County                    REL2106
                                     REGISTER OF ACTIONS                   6/30/23 11:42:23
                                                                           Pg:      2
                                                       Caseload Dsp:
Crt: C 44  47 Jur: GEDDIS      Ref:                                        CLOSE Pub
Case: 2018 0000025329 FH       STATE OF MI V GARY FISCHER

 2    11/01/2018 HATTY              D    001                                   SLH
        INFORMATION
 3    11/01/2018 READER C.S.        D    001                                   SLH
        ARRAIGNMENT
        RESULT: WAIVED
 4    11/01/2018 HATTY              D    001                                   SLH
        MISCELLANEOUS
        LEIN ENTERED-BOND CONDITIONS
 5    11/05/2018 HATTY              D    001                                   KMK
        NOTICE SENT FOR
        SET NEXT DATE:  PTH  12/07/2018  8:30 AM  HATTY COURTROOM: CC4
 6    11/05/2018 HATTY              D    001                                   KMK
        NOTICE SENT FOR
        SET NEXT DATE:  FNSC 01/04/2019  10:00 AM  HATTY COURTROOM: CC4
 7    11/05/2018 HATTY              D    001                                   KMK
        NOTICE SENT FOR
        SET NEXT DATE: TRLJ 01/07/2019 8:30 AM HATTY     COURTROOM: CC4
 8    11/06/2018 HATTY              D    001                                   SLH
        NOTICE TO APPEAR
 9    12/07/2018 HATTY              D    001                                   WCC
        PRETRIAL HEARING
        attys:p-taylor/d-sizemore;
        pth closed; proceed to trial
        dates;   ss
10    12/07/2018 HATTY              D    001                                   SLH
        MISCELLANEOUS
        REMAND TO JAIL/MDOC
11    12/07/2018 HATTY              D    001                                   SLH
        MISCELLANEOUS
        CRIMINAL PRETRAIL STATEMENT
12    12/11/2018 HATTY              D    001                                   SLH
        MISCELLANEOUS
        NOTICE OF INTENT TO ADMIT
        EVIDENCE UNDER MRE 609
        -POS-
13    12/11/2018 HATTY              D    001                                   SLH
        MISCELLANEOUS
        NOTICE REGARDING MCL 768.27C
        STATEMENT DESCRIBING ACTS OF
        DOMESTIC VIOLENCE
        -POS-
14    12/11/2018 HATTY              D    001                                   SLH
        MISCELLANEOUS
        PEOPLE'S WITNESS LIST
        -POS-
15    12/11/2018 HATTY              D    001                                   SLH
        PROOF OF SERVICE
        AMENDED INFORMATION
16    12/11/2018 HATTY              D    001                                   SLH
        MISCELLANEOUS
        AMENDED INFORMATION TO ADD
        FOURTH NOTICE
17    01/04/2019 HATTY              D    001                                   KMK
        REMOVE ALL NEXT ACTION DATES
```

Case 2:23-cv-10518-SJM-APP   ECF No. 12-1, PageID.940   Filed 09/26/23   Page 3 of 12

FERRANDA01 UCCVFPR                    Livingston County                    REL2106
                              REGISTER OF ACTIONS                    6/30/23 11:42:23
                                                                           Pg:     3
                                                  Caseload Dsp:
Crt: C 44  47 Jur: GEDDIS        Ref:                              CLOSE Pub
Case: 2018 0000025329 FH        STATE OF MI V GARY FISCHER

```
18    01/04/2019 HATTY              D    001                              KMK
         SET CASE ON CALENDAR
         adj. from 1/4/19
         SET NEXT DATE:  FNSC  01/11/2019  10:00 AM  HATTY COURTROOM: CC4
19    01/04/2019 HATTY              D    001                              KMK
         SET CASE ON CALENDAR
         adj. from 1/7/19
         SET NEXT DATE: TRLJ 01/14/2019 8:30 AM HATTY      COURTROOM: CC4
20    01/04/2019 HATTY              D    001                              SLH
         ORDER
         STP/ORDER FOR ADJOURNMENT
          adj from 1-4-19
21    01/04/2019 HATTY              D    001                              SLH
         MISCELLANEOUS
         REMAND TO JAIL/MDOC
22    01/11/2019 HATTY              D    001                              CMB
         REMOVE SCHEDULED EVENT
         SET NEXT DATE: TRLJ 01/14/2019 8:30 AM HATTY      COURTROOM: CC4
23    01/14/2019 HATTY              D    001                              KMK
         SET CASE ON CALENDAR
         adj. from 1/11/19
         SET NEXT DATE: FNSC 02/01/2019 10:00 AM HATTY     COURTROOM: CC4
24    01/14/2019 HATTY              D    001                              KMK
         SET CASE ON CALENDAR
         adj. from 1/14/19
         SET NEXT DATE: TRLJ 02/04/2019 8:30 AM HATTY      COURTROOM: CC4
25    01/14/2019 HATTY              D    001                              SLH
         ORDER
         STP/ORDER FOR ADJOURNMENT
          adj from 1-11-19
26    02/01/2019 HATTY              D    001                              KMK
         REMOVE SCHEDULED EVENT
         SET NEXT DATE: FNSC 02/01/2019 10:00 AM HATTY     COURTROOM: CC4
27    02/01/2019 HATTY              D    001                              KMK
         SET CASE ON CALENDAR
         adj. from 2/1/19
         SET NEXT DATE: FNSC 02/15/2019 10:00 AM GEDDIS    COURTROOM: CC4
28    02/01/2019 HATTY              D    001                              KMK
         REMOVE SCHEDULED EVENT
         SET NEXT DATE: TRLJ 02/04/2019 8:30 AM HATTY      COURTROOM: CC4
29    02/01/2019 HATTY              D    001                              KMK
         SET CASE ON CALENDAR
         adj. from 2/4/19
         SET NEXT DATE: TRLJ 02/19/2019 8:30 AM GEDDIS     COURTROOM: CC4
30    02/01/2019 HATTY              D    001                              SLH
         ORDER
         STP/ORDER FOR ADJOURNMENT
          adj from 2-1-19
31    02/05/2019 HATTY              D    001                              KMK
         REMOVE ALL NEXT ACTION DATES
32    02/05/2019 HATTY              D    001                              KMK
         SET CASE ON CALENDAR
         adj. from 2/15/19
         SET NEXT DATE:  FNSC  03/01/2019  10:00 AM  GEDDIS COURTROOM: CC5
```

Case 2:23-cv-10518-SJM-APP   ECF No. 12-1, PageID.941   Filed 09/26/23   Page 4 of 12

FERRANDA01 UCCVPTK                        Livingston County                    REL2106
                                          REGISTER OF ACTIONS                  6/30/23 11:42:23
                                                                               Pg:      4
                                                       Caseload Dsp:
Crt: C 44  47 Jur: GEDDIS        Ref:                                          CLOSE Pub
Case: 2018 0000025329 FH         STATE OF MI V GARY FISCHER

```
33   02/05/2019 HATTY              D    001                                    KMK
     SET CASE ON CALENDAR
     adj. from 2/19/19
     SET NEXT DATE:  TRLJ  03/04/2019   8:30 AM   GEDDIS COURTROOM: CC5
34   02/05/2019 HATTY              D    001                                    SLH
     ORDER
     STP/ORDER FOR ADJOURNMENT
      adj from 2-19-19
35   02/07/2019                    D    001                                    MJT
     CASE REASSIGNMENT
      FROM: HATTY,MICHAEL P.,
       TO: GEDDIS,L. SUZANNE,
36   02/07/2019                    D    001                                    MJT
     MISCELLANEOUS
     PURSUANT TO LAO DATED 1/29/19
37   03/01/2019                    D    001                                    WCC
     FINAL SETTLEMENT CONFERENCE
     FINAL SETTLEMENT CALLED BY
     JUDGE GEDDIS; ATTYS-P-TAYLOR/
     D-SIZEMORE; WILL PROCEED TO
     TRIAL; MCB
38   03/01/2019                    D    001                                    SLH
     PROOF OF SERVICE
     10 PHOTOS
39   03/04/2019                    D    001                                    FAM
     JURY TRIAL WHOLE DAY
     CRT CALLS CASE; PRO OBO THE
     PEOPLE MIKE TAYLOR PRES; ATTY
     ROLLAND SIZEMORE PRES W/DEF
     CUSTODY OF LCJ; JURY IMPANELED
     ;OATH TO CHOSEN JURORS; WITNES
     SES SWORN; TESTIMONY TAKEN;
     TRIAL CONTINUED;
40   03/04/2019                    D    001                                    FAM
     SET CASE ON CALENDAR
     TRIAL CONTINUATION
     SET NEXT DATE:  TRLJ  03/05/2019   8:00 AM   GEDDIS COURTROOM: CC5
41   03/05/2019                    D  D 001                                    FAM
     JURY TRIAL WHOLE DAY
     DISP:  GUILTY
     TRIAL CONTINUED; CRT CALLED CA
     SE; PROS MIKE TAYLOR PRES;ATTY
     ROLLAND SIZEMORE W/DEF CUSTODY
     OF LCJ;WITNESS SWORN;TESTIMONY
     TAKEN; PEOPLE REST; DEFENSE RE
     ST; PEOPLE CLOSING; DEFENSE
     CLOSING; PEOPLE REST; DEFENSE
     REST;JURY INSTRUCTIONS; TWO
     JURORS PULLED AND RELEASED; FO
     REMAN READS VERDICT; JURY
     RELEASED; DEF FOUND GUILTY ON
     COUNTS 1,3,&4; NOT GUILTY AS
     TO COUNT 2; CRT SETS SENTENCIN
     G DATE;
```

                                                          Caseload Dsp:
Crt: C 44   47 Jur: GEDDIS          Ref:                                    CLOSE Pub
Case: 2018 0000025329 FH            STATE OF MI V GARY FISCHER

```
42   03/05/2019                    D    001                                    FAM
       SET CASE ON CALENDAR
       SET NEXT DATE:   SEN   04/04/2019   8:30 AM   GEDDIS COURTROOM: CC5
60   03/05/2019              A     D    001                                    FAM
       JURY TRIAL WHOLE DAY
       DISP:   GUILTY
61   03/05/2019              B     D    001                                    FAM
       JURY TRIAL WHOLE DAY
       DISP:   NOT GUILTY
62   03/05/2019              C     D    001                                    FAM
       JURY TRIAL WHOLE DAY
       DISP:   GUILTY
43   03/06/2019                    D    001                                    SLH
       MISCELLANEOUS
       PLAINTIFF EXHIBIT RECORD
44   03/06/2019                    D    001                                    SLH
       MISCELLANEOUS
       VERDICT FORM
45   03/06/2019                    D    001                                    SLH
       MISCELLANEOUS
       INSTRUCTION BEFORE SELECTION
46   03/06/2019                    D    001                                    SLH
       MISCELLANEOUS
       PRELIMINARY JURY INSTRUCTIONS
47   03/06/2019                    D    001                                    SLH
       MISCELLANEOUS
       FINAL JURY INSTRUCTIONS
48   03/06/2019                    D    001                                    SLH
       MISCELLANEOUS
       REMAND TO JAIL/MDOC
49   03/06/2019                    D    001                                    SLH
       MISCELLANEOUS
       PRETRIAL RELEASE ORDER
        BOND CANCELLED
50   03/06/2019                    D    001                                    SLH
       BOND CANCELLED
51   03/08/2019                    D    001                                    SLH
       ORDER
       STP/ORDER FOR ADJOURNMENT
        adj from 3-8-19
52   03/12/2019                    D    001                                    SLH
       MISCELLANEOUS
       REFERRAL FOR PRE-SENTENCE REPORT
53   04/04/2019                    D    001                                    WCC
       MISCELLANEOUS
       SENTENCING COURT NOTES
       attys:p-taylor/d-sizemore/prob
       -pheney; see sentence info;
       ss
55   04/04/2019              C     D    001                                    MCB
       SENTENCING
        Concurrent   BEGINS: 04/04/2019
        Jail
        MINIMUM TERM: 1 Years
```

FERRANDA61 UCCVFPK                     Livingston County                    REL2106
                                       REGISTER OF ACTIONS                  6/30/23 11:42:23
                                                                            Pg:     6
                                                    Caseload Dsp:
Crt: C 44  47 Jur: GEDDIS      Ref:                                         CLOSE Pub
Case: 2018 0000025329 FH       STATE OF MI V GARY FISCHER

```
          CREDIT TERM: 198 Days
          ENHANCED SENTENCE
56   04/04/2019                 D   001                              SLH
       EVENT TYPE NOT ODNA1900-01-01
57   04/04/2019                 D   001                              SLH
       NOTICE OF APPEAL OF RIGHTS
58   04/04/2019                 D   001                              SLH
       MISCELLANEOUS
       REMAND TO JAIL/MDOC
59   04/04/2019               D D   001                              MCB
       SENTENCING
        BEGINS: 04/04/2019
        Jail
        MINIMUM TERM: 1 Years
         CREDIT TERM: 198 Days
        ENHANCED SENTENCE
140  04/04/2019                 D   001                              CCStoTCS
       ADD/CHANGE FIN ORDER DUE DATE 20% LATE FEE
       EVENT DUE DATE:  03/28/2022
63   04/05/2019                 D   001                              SLH
       ORDER
       ORDER OF ACQUITTAL/DISMISSAL
       OR REMAND (sent copy to msp)
70   04/05/2019                 D   001                              SLH
       ORDER
       ORDER OF ACQUITTAL/DISMISSAL
       OR REMAND FOR COUNT 2
65   04/08/2019                 D   001                              SLH
       FINAL ORDER OR JUDGMENT FILED
66   04/08/2019                 D   001                              SLH
       MISCELLANEOUS
       JUDGMENT OF SENTENCE/PRISON
77   04/08/2019                 D   001                              MCB
       ORDER TO REMIT PRISONER FUNDS FOR FINES, COSTS AND ASSESSMENTS
64   04/09/2019                 D   001                              SLH
       CERTIFICATION AND RETURN OF ORDER FOR DNA SAMPLE
67   04/10/2019                 D   001                              SLH
       CHR PROCESSED CHR #
68   04/10/2019                 D   001                              SLH
       NOTICE OF APPEAL OF RIGHTS
69   04/12/2019                 D   001                              SLH
       CERTIFICATION AND RETURN OF ORDER FOR DNA SAMPLE
71   04/12/2019                 D   001                              SLH
       ORDER
       CLAIM OF APPEAL ORDER
       APPOINTING COUNSEL
       -CERTIFICATE OF SERVICE-
72   04/15/2019                 D   001                              SLH
       MISCELLANEOUS
       FROM:  SIZEMORE,ROLLAND,III
         TO:  PRO-PER
73   04/15/2019                 D   001                              SLH
       MISCELLANEOUS
       FROM:  PRO-PER
```

Case 2:23-cv-10518-SJM-APP ECF No. 12-1, PageID.944 Filed 09/26/23 Page 7 of 12

FERRANDA01 UCCVFFK                    Livingston County                    REL2106
                              REGISTER OF ACTIONS                  6/30/23 11:42:23
                                                                   Pg:        7
                                              Caseload Dsp:
Crt: C 44  47 Jur: GEDDIS       Ref:                               CLOSE Pub
Case: 2018 0000025329 FH        STATE OF MI V GARY FISCHER

```
         TO:  VAN HOEK,PETER J.,
74   04/18/2019                D    001                              SLH
     MISCELLANEOUS
     REPORTER/RECORDER CERTIFICATE
     OF ORDERING TRANSCRIPT ON
     APPEAL
75   04/23/2019                D    001                              MCB
     CHR PROCESSED CHR #
     /MODIFIED
76   05/02/2019                D    001                              ENF
     COURT ORDERED PAID
     RECEIPT #: 388571        AMOUNT: $926.00
78   05/24/2019                D    001                              MCB
     MISCELLANEOUS
     SATISFACTION OF FINANCIAL
       OBLIGATION
     -CERT OF MAILING
79   07/01/2019                D    001                              SLH
     MISCELLANEOUS
     LEIN EXPIRED-BOND CONDITIONS
80   07/16/2019                D    001                              SLH
     MISCELLANEOUS
     NOTICE OF FILING TRANSCRIPT
     AND AFFIDAVIT OF MAILING
81   07/16/2019                D    001                              SLH
     TRANSCRIPT PREPARED/FILED
     12-07-18 PRETRIAL
     03-01-19 HEARING
     03-04-19 JURY TRIAL VOLUME 1
     03-05-19 JURY TRIAL VOLUME II
     04-04-19 SENTENCING
82   10/22/2019                D    001                              SLH
     PROOF OF SERVICE
     9AA CALL,EVENT REPORT
83   03/30/2020                D    001                              AEG
     MISCELLANEOUS
     1 FILE/5 TRANSCRIPTS SENT TO
     COURT OF APPEALS
84   12/17/2020                D    001                              ABT
     ORDER
     /COA AFFIRM FISHER'S
     CONVICTIONS,BUT VACATE HIS
     SENTENCE AND REMAND FOR
     SENTENCING.
85   12/22/2020                D    001                              MCB
     NOTICE SENT FOR
     REMANDED BACK TO C/C FOR RE-
     SENTENCING PER COA
     SET NEXT DATE: SEN 01/21/2021 8:30 AM GEDDIS       COURTROOM: CC5
86   12/23/2020                D    001                              ABT
     NOTICE TO APPEAR
     -CERT OF MAILING
87   12/23/2020                D    001                              ABT
     MISCELLANEOUS
```

FERRANDA, LUCZVIK                    Livingston County                    REL2106
Case 2:23-cv-10518-SJM-APP   ECF No. 12-1, PageID.945   Filed 09/26/23   Page 8 of 12
                              REGISTER OF ACTIONS                    6/30/23 11:42:23
                                                                        Pg:     8
                                                    Caseload Dsp:
Crt: C 44   47 Jur: GEDDIS       Ref:                              CLOSE Pub
Case: 2018 0000025329 FH       STATE OF MI V GARY FISCHER

```
         WRIT OF HABEAS CORPUS
 88      12/30/2020                    D   001                           MCB
         MISCELLANEOUS
          FROM:  VAN HOEK,PETER J.,
            TO:  MARCUZ,KATHERINE LEIGH,
 89      12/30/2020                    D   001                           MCB
         NOTICE TO APPEAR
         /sent to different atty
 90      01/13/2021                    D   001                           CCB
         REMOVE SCHEDULED EVENT
          removed per appellate attny k.
          marcuz,proceeding to supreme
          ct.
         SET NEXT DATE: SEN 01/21/2021 8:30 AM GEDDIS    COURTROOM: CC5
 91      02/16/2021                    D   001                           ABT
         ORDER
         /COA MOTION OF DEFT-APPELLANT
         TO FILE A PRO PER SUPPLEMENT
         TO THE APPLICATION FOR LEAVE
         TO APPEAL IS GRANTED.
         THE SUPPLEMENT SUBMITTED ON
         2/11/21, IS ACCEPTED FOR
         FILING.
 92      10/15/2021                    D   001                           AEG
         MISCELLANEOUS
         1 FILE/5 TRANSCRIPTS RETURNED
         FROM COURT OF APPEALS
 93      10/15/2021                    D   001                           AEG
         MISCELLANEOUS
         NOTICE OF RECORD RETURN FROM
         COURT OF APPEALS;
          CERTIFICATE OF MAILING;
 94      10/15/2021                    D   001                           AEG
         MISCELLANEOUS
         PARTY NOTIFICATION;
          CERTIFICATE OF MAILING
 95      10/15/2021                    D   001                           ABT
         MISCELLANEOUS
         RETURN OF RECORD TO THE TRIAL
         COURT OR TRIBUNAL
 96      10/15/2021                    D   001                           ABT
         ORDER
         COA/ AFFIRM FISHER'S
         CONVICTIONS, BUT VACATE HIS
         SENTENCE AND REMAND FOR
         RESENTENCING. COA DOES NOT
         RETAIN JURISDICTION.
 97      11/02/2021                    D   001                           CCB
         NOTICE SENT FOR
         PER COURT OF APPEALS;REMANDED
         BACK FOR RESENTENCING
         SET NEXT DATE: SEN 12/02/2021 8:30 AM GEDDIS    COURTROOM: CC5
 98      11/03/2021                    D   001                           MCB
         NOTICE TO APPEAR
```

Case 2:23-cv-10518-SJM-APP ECF No. 12-1, PageID.946 Filed 09/26/23 Page 9 of 12

FERNDALE JUCCVIPK                                    Livingston County                    REL2106
                                    REGISTER OF ACTIONS                          6/30/23 11:42:23
                                                                                  Pg:       9
                                                       Caseload Dsp:
Crt: C 44   47 Jur: GEDDIS       Ref:                                             CLOSE Pub
Case: 2018 0000025329 FH       STATE OF MI V GARY FISCHER

```
 99   11/04/2021              D   001                                ABT
      MISCELLANEOUS
      WRIT OF HABEAS CORPUS
100   11/15/2021              D   001                                ABT
      MISCELLANEOUS
      RETURNED MAIL/PARTY
      NOTIFICATION-UNABLE TO FORWARD
101   11/24/2021              D   001                                ABT
      MISCELLANEOUS
      SENTENCING MEMORANDUM
      -CERT OF SERVICE
102   12/01/2021              D   001                                CCB
      REMOVE SCHEDULED EVENT
      SET NEXT DATE: SEN 12/02/2021 8:30 AM GEDDIS    COURTROOM: CC5
103   12/01/2021              D   001                                CCB
      NOTICE SENT FOR
      RESENTENCING
      ADJ FROM 12/2;DUE TO THE COURT
      SET NEXT DATE:  SEN  12/14/2021   9:00 AM  GEDDIS COURTROOM: CC5
104   12/02/2021              D   001                                MCB
      NOTICE TO APPEAR
105   12/02/2021              D   001                                ABT
      MISCELLANEOUS
      WRIT OF HABEAS CORPUS
108   12/13/2021              D   001                                ABT
      MISCELLANEOUS
      THE PEOPLE'S SENTENCING
      MEMORANDUM ON REMAND
      -PROOF OF SERVICE
106   12/14/2021              D   001                                MCB
      MISCELLANEOUS
      SENTENCING COURT NOTES
      resentencing hrg before LSG;PA
      -Neubecker;D-Atty Maruz w/deft
      via zoom;crt adjs to allow
      parties time to get transcrpts
      ;mcb
107   12/14/2021              D   001                                MCB
      SET CASE ON CALENDAR
      RESENTENCE HRG ADJ FROM 12/14
      SET NEXT DATE:  SEN  02/15/2022   9:00 AM  GEDDIS COURTROOM: CC5
109   12/14/2021              D   001                                ABT
      MISCELLANEOUS
      REMAND TO JAIL/MDOC
110   12/15/2021              D   001                                ABT
      MISCELLANEOUS
      WRIT OF HABEAS CORPUS
111   01/12/2022              D   001                                ABT
      MISCELLANEOUS
      NOTICE OF POTENTIAL OR ACTUAL
      CONFLICT OF INTEREST
      -PROOF OF SERVICE
 54   02/15/2022           A  D   001                                MCB
      SENTENCING
```

Case 2:23-cv-10518-SJM-APP  ECF No. 12-1, PageID.947  Filed 09/26/23  Page 10 of 12

FERRANDA01 UCCVPIR                      Livingston County                    REL2106
                                        REGISTER OF ACTIONS               6/30/23 11:42:23
                                                                              Pg:   10
                                          Caseload Dsp:
Crt: C 44   47 Jur: GEDDIS     Ref:                                        CLOSE Pub
Case: 2018 0000025329 FH       STATE OF MI V GARY FISCHER

```
        AMENDED TO LOWER MINIMUM AND
        MAXIMUM PER RESENTENCING OF
        2/15/22.RESTITUTION ADDED.
        MINIMUM TERM 11 YEAR(S)
        MAXIMUM TERM 30 YEAR(S)
        CREDIT TERM 3 YEAR(S) 151 DAY(S)
        COSTS EFFECTIVE 10/17/14 550.00
        CRIME VICTIM RIGHTS 130.00
        DNA 7-1-15 60.00
        STATE COSTS 186.00
        RESTITUTION 1795.00
  112   02/15/2022                   D   001                              WCC
        MISCELLANEOUS
        SENTENCING COURT NOTES
        resentencing before LSG;PA-
        Henry;PO-Dalzel;D-court appt
        appellate atty-Marcuz w/deft;
        crt corrects psi report;crt
        rescores guidelines;see sent
        info event;amended judgment to
        follow;mcb
  113   02/15/2022              C    D   001                              MCB
        SENTENCING
          Concurrent   BEGINS: 02/15/2022
          Jail
           MINIMUM TERM: 365 Days
            CREDIT TERM: 365 Days
           ENHANCED SENTENCE
  114   02/15/2022              D    D   001                              MCB
        SENTENCING
          Concurrent   BEGINS: 02/15/2022
          Jail
           MINIMUM TERM: 365 Days
            CREDIT TERM: 365 Days
           ENHANCED SENTENCE
  115   02/15/2022                   D   001                              ABT
        NOTICE OF APPEAL OF RIGHTS
  116   02/15/2022                   D   001                              ABT
        MISCELLANEOUS
        REMAND TO JAIL/MDOC
  117   02/15/2022                   D   001                              ABT
        MISCELLANEOUS
        JUDGMENT OF SENTENCE/PRISON
        *AMENDED TO LOWER MINIMUM &
        MAXIMUM PER RESENTENCING OF
        2/15/22. RESTITUTION ADDED
  118   02/15/2022                   D   001                              ABT
        ORDER TO REMIT PRISONER FUNDS FOR FINES, COSTS AND ASSESSMENTS
  119   03/02/2022                   D   001                              RR
        MISCELLANEOUS
        COLLECT Status - PRISON
  120   03/03/2022                   D   001                              ERK
        COURT ORDERED PAID
          RECEIPT #: 420308        AMOUNT: $1795.00
```

Case 2:23-cv-10518-SJM-APP   ECF No. 12-1, PageID.948   Filed 09/26/23   Page 11 of 12

FERNANDA1-CCO1518                    Livingston County                    REL2106
                              REGISTER OF ACTIONS                   6/30/23 11:42:23
                                                                          Pg:    11
                                         Caseload Dsp:
Crt: C 44   47 Jur: GEDDIS      Ref:                              CLOSE Pub
Case: 2018 0000025329 FH        STATE OF MI V GARY FISCHER

```
121  03/04/2022                   D   001                                 ABT
     MISCELLANEOUS
     SATISFACTION OF FINANCIAL
     OBLIGATION
     -CERT OF MAILING (emailed to
     mdoc/court orders)
127  03/22/2022                   D   001                                 MCB
     NOTICE OF APPEAL OF RIGHTS
     /RECVD BY CRT ADMIN
125  03/25/2022                   D   001                                 MCB
     MISCELLANEOUS
     CLAIM OF APPEAL/ORDER APPT
       COUNSEL
     -CERT OF SERVICE
122  03/28/2022                   D   001                                 RR
     MONEY ORDERED
123  03/28/2022                   D   001                                 RR
     MISCELLANEOUS
     Removed COLLECT status - PRIS
124  03/28/2022                   D   001                                 RR
     MONEY ORDERED
126  03/28/2022                   D   001                                 MCB
     MISCELLANEOUS
     FROM:   MARCUZ,KATHERINE LEIGH,
       TO:   GILFIX,JULIE E.,
128  04/05/2022                   D   001                                 ABT
     MISCELLANEOUS
     REPORTER/RECORDER CERTIFICATE
     OF ORDERING TRANSCRIPT ON
     APPEAL
129  04/07/2022                                                           ENF
     RESTITUTION DISBURSEMENT
     RECEIPT #: 458214      AMOUNT: $1795.00
     R#420308
     VIC 001
130  04/21/2022                   D   001                                 ABT
     MISCELLANEOUS
     NOTICE OF FILING OF TRANSCRIPT
     & AFFIDAVIT OF MAILING
131  04/21/2022                   D   001                                 ABT
     TRANSCRIPT PREPARED/FILED
     2/15/22- RE-SENTENCING
132  04/21/2022                   D   001                                 ABT
     TRANSCRIPT PREPARED/FILED
     12/14/21- RE-SENTENCING
133  06/08/2022                   D   001                                 ENF
     SET CASE ON CALENDAR
     PEOPLE'S MOTION TO CORRECT
     THE JUDGMENT OF SENTENCE
     SET NEXT DATE: MOH 06/23/2022 8:30 AM GEDDIS       COURTROOM: CC5
134  06/08/2022                   D   001                                 ABT
     MISCELLANEOUS
     PEOPLE'S MOTION TO CORRECT
     THE JUDGMENT OF SENTENCE
```

```
FERRANDA01-UCCVFFK                    Livingston County                      REL2106
                              REGISTER OF ACTIONS                    6/30/23 11:42:23
                                                                         Pg:     12
                                           Caseload Dsp:
Crt: C 44   47 Jur: GEDDIS        Ref:                                   CLOSE Pub
Case: 2018 0000025329 FH       STATE OF MI V GARY FISCHER

         -NOTICE OF HEARING
         -PRAECIPE
135   06/09/2022                    D    001                                  ABT
         MISCELLANEOUS
         WRIT OF HABEAS CORPUS
136   06/16/2022                    D    001                                  ABT
         MISCELLANEOUS
         COSENT ORDER AMENDING THE
         JUDGMENT OF SENTENCE-
         JOS TO REFLECT 2ND OFFENSE-
         HAB OFFENDER & NOT 4TH HAB.
137   06/17/2022                    D    001                                  CCB
         REMOVE SCHEDULED EVENT
         issues rsvd w/cons order
         SET NEXT DATE: MOH 06/23/2022 8:30 AM GEDDIS     COURTROOM: CC5
138   06/17/2022                    D    001                                  ABT
         MISCELLANEOUS
         JUDGMENT OF SENTENCE/PRISON
         *AMENDED*
139   08/16/2022                    D    001                                  ABT
         ORDER
         /COA- STIP AGREEING TO THE
         DISMISSAL OF THE APPEAL HAS
         BEEN FILED. THIS APPEAL IS
         DISMISSED.
                            **** END OF SUMMARY ****

*** END OF REPORT ***
```