```
 1                        STATE OF MICHIGAN

 2           IN THE 44th CIRCUIT COURT (LIVINGSTON COUNTY)

 3   PEOPLE OF THE STATE OF MICHIGAN,

 4   v                                 Case Number: 17-024654-FH
                                                    18-025329-FH
 5   GARY THOMAS FISCHER,

 6        Defendant.
     _____/
 7

 8                            PRETRIAL

 9       BEFORE THE HONORABLE MICHAEL P. HATTY, CIRCUIT JUDGE

10           Howell, Michigan - Friday, December 7, 2018

11

12   APPEARANCES:

13   For the People:           MR. MICHAEL TAYLOR, P49497
                                Assistant Prosecuting Attorney
14                              210 South Highlander Way
                                Howell, MI 48843
15                              (517) 546-1850

16
     For the Defendant:        MR. ROLLAND SIZEMORE, P52768
17                              Attorney at Law
                                207 N. Michigan Avenue
18                              Suite 202
                                Howell, MI 48843
19                              (517) 548-2411

20

21

22        TRANSCRIBED BY:      KRISTI COX, CER5451
                                Certified Electronic Recorder
23                              (517) 540-7532
        18-025329-T1
24
          170681
25

                                  1
```

```
 1    it's got FSC 1/4/2019 at 10:00, jury trial 1/7/2019 at 8:30.
 2    I'm going to initial that, which converts it to an order of
 3    the Court. I'll see everybody back here then. Close the
 4    pretrial.
                MR. TAYLOR:  Thank you.
 5
                MR. SIZEMORE:  Thank you, your Honor.
 6
                THE COURT:  Thank you very much.
 7
                (At 11:32 a.m., proceedings concluded)
 8
                              **********
 9
10   STATE OF MICHIGAN       )
                             )
11   COUNTY OF LIVINGSTON    )

12        I certify that this transcript, consisting of 4 pages, is a
13   complete, true, and correct transcript, of the proceedings and
14   testimony taken in this case on December 7, 2018.

15
                                    _____
16                                  Kristi Cox, CER5451
                                    Certified Electronic Recorder
17                                  204 South Highlander Way
                                    Howell, MI  48843
18                                  (517) 540-7532

19   Dated:  July 14, 2019.
20
21
22
23
24
25
```

4