STATE OF MICHIGAN

IN THE 44th CIRCUIT COURT (LIVINGSTON COUNTY)

PEOPLE OF THE STATE OF MICHIGAN,

v                                               Case Number: 17-024654-FH
                                                                                   18-025329-FH

GARY THOMAS FISCHER,

    Defendant.
_____/

**HEARING**

BEFORE THE HONORABLE L. SUZANNE GEDDIS, CIRCUIT JUDGE

Howell, Michigan - Friday, March 1, 2019

APPEARANCES:

| | |
|---|---|
| For the People: | MR. MICHAEL TAYLOR, P49497<br>Assistant Prosecuting Attorney<br>210 South Highlander Way<br>Howell, MI 48843<br>(517) 546-1850 |
| For the Defendant: | MR. ROLLAND SIZEMORE, P52758<br>Attorney at Law<br>207 N. Michigan Avenue<br>Suite 202<br>Howell, MI 48843<br>(517) 548-2411 |
| TRANSCRIBED BY: | KRISTI COX, CER5451<br>Certified Electronic Recorder<br>(517) 540-7532 |

18-025329-T2

170682

1

TABLE OF CONTENTS

PAGE

WITNESSES:

NONE

EXHIBITS:

NONE

```
 1                    Howell, Michigan
 2                    Friday, March 1, 2019 - 12:43 a.m.
 3              MR. SIZEMORE:  Ready on that, your Honor.
 4              (At 12:43 a.m., defendant enters courtroom)
 5              MR. SIZEMORE:  Good morning, your Honor.  Rolland
 6      Sizemore appearing with and on behalf of Gary Fischer, who is
 7      now present in the courtroom.
 8              BAILIFF:  Here, sir.
 9              THE COURT:  Okay.  It's my understanding that, uh,
10      this matter will be going to trial on Monday.
11              MR. SIZEMORE:  Yes, your Honor.
12              MR. TAYLOR:  That's our expectation, your Honor.
13              THE COURT:  Do you understand that, Mr. Fischer?
14              MR. FISCHER:  I do.
15              THE COURT:  Okay.  And you've discussed this matter
16      and, with the prosecutor and there's been no resolution?
17              MR. SIZEMORE:  Correct.
18              THE COURT:  And no, no way to resolve the case.  Is
19      that correct?
20              MR. SIZEMORE:  I believe not.
21              THE COURT:  Okay.
22              MR. SIZEMORE:  That is correct.
23              THE COURT:  So we'll see you on Monday.  We'll be
24      ready for a trial.  Now, do you have plain clothes?
25              MR. FISCHER:  I do.
```

1         THE COURT: Okay. I have to ask you guys because I
2 don't know. Do they change him and make sure that he has
3 that change of clothes?
4         MR. TAYLOR: So of course –
5         MR. SIZEMORE: They usually do it right in the back
6 here.
7         MR. TAYLOR: Right. Of course, the Court has
8 discretion. He, he would typically be changed in the back in
9 lock up. If it's determined that he needs leg shackles for
10 some reason by the Court, what we would ask is that the
11 courtroom be outfitted with the skirts around the tables and
12 that he be brought in and out when the jury is absent. I
13 don't know if it's, if that call has been made. But
14 certainly, we could coordinate.
15         MR. SIZEMORE: My preference for that is, and we've
16 done this in a few trials recently. I don't like the skirts.
17 They get in the way. They fall down. I just, they're, I
18 don't like them. They can, I believe, bring him in with no
19 restraints, but have a taser belt on him.
20         MR. TAYLOR: Yeah.
21         MR. SIZEMORE: Under his clothes so if worst case
22 scenario, he decides to leave on his own, they just hit a
23 button and he's –
24         MR. TAYLOR: The sheriff's department does have a
25 taser belt, which has been employed.

| | |
|---|---|
| 1 | MR. SIZEMORE: And for my purposes, I like that |
| 2 | better. It gives him more freedom of movement; it doesn't |
| 3 | jingle. We don't have to worry about anyone seeing the |
| 4 | shackles from behind. |
| 5 | THE COURT: It's not so much your preference, but I |
| 6 | have to look at what is for the safety of the public – |
| 7 | MR. SIZEMORE: Understood. |
| 8 | THE COURT: -- and what's, what's going on in the |
| 9 | courtroom. But it sounds like a taser belt would be okay if |
| 10 | they had one available. |
| 11 | MR. TAYLOR: Okay. So if that's the case, then we |
| 12 | will coordinate jury instructions this afternoon and get them |
| 13 | to your staff. And we should be ready to go at 8:30 Monday |
| 14 | morning. |
| 15 | THE COURT: That would be great. |
| 16 | MR. SIZEMORE: We'll get exhibits marked and |
| 17 | probably be ready to pre-admit them Monday morning before the |
| 18 | jury is sworn or before the jury – |
| 19 | THE COURT: You're supposed to pre-admit them |
| 20 | today. |
| 21 | MR. SIZEMORE: No, I mean, we can admit them. |
| 22 | We'll stipulate to them – |
| 23 | MR. TAYLOR: Stipulate to their admission. |
| 24 | MR. SIZEMORE: -- and the Court doesn't have to do |
| 25 | it in the middle of the trial. |

```
 1                THE COURT:  That would be great.
 2                MR. SIZEMORE:  And get all of that stuff ready for
 3   you.
 4                THE COURT:  Thank you.
 5                MR. SIZEMORE:  No problem.
 6                THE COURT:  Okay.
 7                MR. SIZEMORE:  We'll be okay.
 8                THE COURT:  Great.
 9                MR. SIZEMORE:  It should take, I would think, a day
10   and a half.
11                MR. TAYLOR:  I would expect the jury to be
12   deliberating on Tuesday.
13                THE COURT:  How many jurors do you think we need?
14                MR. SIZEMORE:  We get five each, uh, 14, 24, 36?
15                MR. TAYLOR:  Between –
16                THE COURT:  Should I say 40?
17                MR. TAYLOR:  Forty is probably appropriate.
18                MR. SIZEMORE:  That's plenty.
19                MR. TAYLOR:  I know the clerks typically will give
20   a margin of error for no shows.
21                THE COURT:  Yeah.
22                MR. TAYLOR:  So whatever the Court thinks is
23   appropriate then.
24                THE COURT:  Okay.  I just don't want to be short.
25   That's the only thing –
```

```
 1                MR. SIZEMORE:  Right.  I understand.
 2                THE COURT:  -- is that when we're ready to go,
 3     let's go.  So …
 4                MR. SIZEMORE:  Okay?
 5                THE COURT:  Okay.  Is that it?
 6                MR. SIZEMORE:  That's it, your Honor.  Thank you.
 7                THE COURT:  Thank you.
 8                (At 12:47 p.m., proceedings concluded)
 9                          **********
10   STATE OF MICHIGAN       )
                             )
11   COUNTY OF LIVINGSTON    )
12       I certify that this transcript, consisting of 7 pages, is a
13   complete, true, and correct transcript, of the proceedings and
14   testimony taken in this case on March 1, 2019.
15
16                              _____
                                Kristi Cox, CER5451
17                              Certified Electronic Recorder
                                204 South Highlander Way
18                              Howell, MI  48843
                                (517) 540-7532
19
     Dated:  July 15, 2019.
20
```

7