UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY THOMAS FISCHER,

          Petitioner,

Case No. 2:23-cv-10518

HONORABLE STEPHEN J. MURPHY, III

v.

JAMES SCHIEBNER,

          Respondent.

_____/

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order dated February 8, 2024, Petitioner's petition for writ of habeas corpus is dismissed without prejudice.

          KINIKIA ESSIX
          CLERK OF THE COURT

          BY: s/ R. Loury

Dated: February 8, 2024

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE