UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Gary Thomas Fischer,

        Plaintiff(s),        Case No. 23-cv-10518

v.        Stephen J. Murphy, III

James Schiebner,

        Defendant(s).
_____/

## NOTICE OF APPEAL

Notice is hereby given that **Gary Thomas Fischer** appeals to the United States Court of Appeals for the Sixth Circuit from the: ☑ Judgment ☐ Order

☐ Other: _____

entered in this action on **February 8, 2024**.

Date: March 4, 2024

Counsel is: FDO

/s/ Benton C. Martin

Federal Community Defender
613 Abbott St., Suite 500
Detroit, Michigan 48226
Benton_Martin@fd.org
313-967-5832

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $605.00 check payable to: Clerk, U.S. District Court.