# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: September 04, 2025

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

        Re: Case No. 24-1196, *Gary Fischer v. Noah Nagy*
             Originating Case No. : 2:23-cv-10518

Dear Ms. Essix,

  Enclosed is a copy of the mandate filed in this case.

                                  Sincerely yours,

                                  s/Kelly Stephens
                                  Senior Case Administrator: Patricia

cc: Ms. Amanda Bashi
    Ms. Andrea M. Christensen-Brown
    Mr. Benton C. Martin
    Mr. John S. Pallas
    Mr. Jared D. Schultz

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 24-1196

_____

Filed: September 04, 2025

GARY THOMAS FISCHER

    Petitioner - Appellant

v.

NOAH NAGY, Warden

    Respondent - Appellee

## MANDATE

Pursuant to the court's disposition that was filed 08/13/2025 the mandate for this case hereby issues today.

COSTS: None