UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY THOMAS FISCHER,

         Petitioner,

v.

NOAH NAGY,

         Respondent.

_____/

Case No. 2:23-cv-10518

HONORABLE STEPHEN J. MURPHY, III

## ORDER REOPENING CASE

A jury convicted Gary Thomas Fischer of first-degree home invasion, resisting and obstructing a police officer, and aggravated assault. ECF No. 3-4, PageID.457. The trial court sentenced him to fifteen to twenty years' imprisonment. ECF No. 3-5, PageID.473. He then appealed to the Michigan Court of Appeals and, on remand from the appellate court, was resentenced to eleven to thirty years' imprisonment. ECF No. 3-20, PageID.884.

Fischer then filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 alleging that his trial counsel was ineffective for failing to communicate a plea offer. ECF No. 1, PageID.5. The Court dismissed the petition without prejudice, finding that Fischer failed to exhaust his claim in state court. ECF No. 14. The Sixth Circuit found that Fischer satisfied the exhaustion requirement in § 2254(b)(1) and remanded for further proceedings. *Fischer v. Nagy*, No. 24-1196, 2025 WL 2336591 (6th Cir. Aug. 13, 2025). The Court will reopen the case to the Court's active docket and set deadlines for the parties to file supplemental briefs.

1

The Court will also amend the caption to reflect that the proper respondent in the case is now Noah Nagy, the warden of the prison where Mr. Fischer is currently incarcerated. *See* ECF No. 11, PageID.915; *Edwards Johns*, 450 F. Supp. 2d 755, 757 (E.D. Mich. 2006); *see also* Rules Governing Section 2254 Cases 2(a).

**WHEREFORE**, it is hereby **ORDERED** that the Clerk must **REOPEN** the case.

**IT IS FURTHER ORDERED** that the caption of the case is **AMENDED** as detailed above.

**IT IS FURTHER ORDERED** that the Respondent must **ANSWER** and **FILE** any additional materials covered by Rule 5 of the Rules Governing Section 2254 Cases within **ninety days** of the entry of this order. Petitioner may **REPLY** within **ninety days** from the later of Respondent's answer or the expiration of his filing period.

**SO ORDERED.**

    s/ Stephen J. Murphy, III
    STEPHEN J. MURPHY, III
    United States District Judge

Dated: October 21, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 21, 2025, by electronic and/or ordinary mail.

    s/ R. Loury
    Case Manager